# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.      **Crim. No. 5:13-CR-31-1FL**

**ERNEST MORRIS**

On November 19, 2012, the above named was released from prison and commenced a term of supervised release for a period of 120 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Julie Wise Rosa  
Julie Wise Rosa  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8675  
Executed On: June 27, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __27th__ day of __June__, 2017.

Louise W. Flanagan  
U.S. District Judge